Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−17619−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory A. Napoli
   2 Topaz Lane
   Lakewood, NJ 08701

Social Security No.:
   xxx−xx−9123

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/17/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 17, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 23-17619-CMG
Gregory A. Napoli                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Oct 17, 2024 | Form ID: 148 | Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory A. Napoli, 2 Topaz Lane, Lakewood, NJ 08701-7389 |
| 520013276 | | AscensionPoint Recovery Services, LLC, 200 Coon Rapids Blvd., Suite 201, Minneapolis, MN 55433-5876 |
| 520015435 | | Diana Napoli, 2 Topaz Lane, Lakewood, NJ 08701-7389 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 17 2024 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 17 2024 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520013277 | + | EDI: CAPITALONE.COM | Oct 18 2024 00:40:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520049989 | + | EDI: AIS.COM | Oct 18 2024 00:40:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520013278 | + | EDI: CITICORP | Oct 18 2024 00:40:00 | Citibank, Citicorp Credit Svs/Centralized Bk Dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 520013279 | | EDI: WFNNB.COM | Oct 18 2024 00:40:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 520013280 | + | EDI: DISCOVER | Oct 18 2024 00:40:00 | Discover Bank, PO Box 30923, Salt Lake City, UT 84130-0923 |
| 520019053 | | EDI: DISCOVER | Oct 18 2024 00:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520013281 | | Email/Text: ECF@fayservicing.com | Oct 17 2024 21:02:00 | Fay Servicing, 1601 LBJ Freeway, Suite 150, Dallas, TX 75234 |
| 520013282 | + | EDI: AMINFOFP.COM | Oct 18 2024 00:40:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520013283 | | EDI: JEFFERSONCAP.COM | Oct 18 2024 00:40:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 520072802 | | EDI: JEFFERSONCAP.COM | Oct 18 2024 00:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520013284 | ^ | MEBN | Oct 17 2024 20:55:06 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520013285 | | EDI: CITICORP | Oct 18 2024 00:40:00 | L.L. Bean Mastercard, PO Box 6742, Sioux Falls, SD 57117-6742 |
| 520052825 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2024 21:07:12 | LVNV Funding, LLC, Resurgent Capital Services, |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 520022870 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 17 2024 21:02:00 | U.S. Bank Trust National Association, not in its, c/o McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830 |
| 520013286 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2024 21:07:04 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520013287 | + | Email/Text: pcabkt@phillips-cohen.com | Oct 17 2024 21:02:00 | Phillips & Cohen Associates,LTD, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 520037444 | | EDI: Q3G.COM | Oct 18 2024 00:40:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520013288 | | Email/Text: EBN@seliplaw.com | Oct 17 2024 21:02:00 | Selip & Stylianou LLP, P.O. Box 914, Paramus, NJ 07653-0914 |
| 520013289 | | EDI: SYNC | Oct 18 2024 00:40:00 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 965064, Orlando, FL 32896-5064 |
| 520013290 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 17 2024 21:01:00 | TBOM/Aspire MC, 5 Concourse Parkway, Atlanta, GA 30328-5350 |
| 520073073 | ^ | MEBN | Oct 17 2024 20:53:56 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph Casello | on behalf of Debtor Gregory A. Napoli jcasello@cvclaw.net  jcasello627@gmail.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Oct 17, 2024 | Form ID: 148 | Total Noticed: 26

Laura M. Egerman
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6